1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

United States District Court
Northern District of California

12   STEVEN M. GOLDSTEIN,                    Case No.  5:13-cv-03504 HRL

               Plaintiff,
13                                           **ORDER GRANTING DEFENDANT'S**
                                             **MOTION FOR REMAND AND**
14        v.                                 **DENYING PLAINTIFF'S MOTIONS**
                                             **FOR REVERSAL ORDER AND**
15   CAROLYN W. COLVIN, Acting               **JUDGMENT**
     Commissioner of Social Security,
16                                           [Re:  Dkt. Nos. 23, 25, 31]
               Defendant.

17        Defendant moves for remand pursuant to 42 U.S.C. § 405(g) sentence six, citing the

18   agency's inability to locate the record of the administrative proceedings re plaintiff's claim for

19   benefits.  Defendant requests an opportunity to reconstruct the record; or, if the record cannot be

20   reconstructed, then defendant says she will remand the matter to an administrative law judge to

21   reconstruct the record, hold a new hearing, and issue a decision.  Plaintiff opposes the motion and

22   separately moves for judgment on the merits, arguing that defendant did not answer his complaint.

23   Upon consideration of the moving and responding papers,[1] the court grants defendant's motion

24   and denies plaintiff's motions.

25        Given the pendency of defendant's request for remand, it would have made no sense for

26   defendant to proceed to join the issue and file an answer.  Plaintiff's motions for a reversal order

27   _____

28   [1] Plaintiff filed an unauthorized sur-reply with respect to defendant's remand motion.  The court
     nevertheless has fully considered all of plaintiff's filings.

United States District Court
Northern District of California

1    and judgment are denied.

2           Plaintiff contends that remand is not warranted because defendant has cited no new

3    evidence.  He is, however, conflating the requirements for the two different types of remand

4    authorized by § 405(g) sentence six.  Sentence six remands may be ordered in two situations:

5    "where the Secretary requests a remand before answering the complaint, or where new, material

6    evidence is adduced that was for good cause not presented before the agency."  Shalala v.

7    Schaefer, 509 U.S. 292, 297 n.2, 113 S. Ct. 2625, 125 L.Ed.2d 239 (1993); see also Melkonyan v.

8    Sullivan, 501 U.S. 89, 100 & n.2, 111 S. Ct. 2157, 115 L.Ed.2d 78 (1991) (same); Akopyan v.

9    Barnhart, 296 F.3d 852, 854 (9th Cir. 2002) (same).  Only the first type of sentence six remand is

10   at issue here.

11          Moreover, this court finds good cause for defendant's request.  Congress clearly has stated

12   that good cause for remand may be found where difficulties, such as an inaudible hearing tape or

13   lost files, arise.  See H.R.Rep. No. 96-944, 96th Cong., 2d Sess. 59 (1980).  Plaintiff's arguments

14   about defendant's duty to compile an administrative record do not persuade this court otherwise

15   and do not subvert or invalidate Congress' clearly stated intent.  While plaintiff argues that

16   defendant provided meaningful review of his claims at the administrative level, meaningful review

17   by this court is not possible without a proper record.

18          Defendant's motion for remand therefore is granted.  This matter is remanded pursuant to

19   42 U.S.C. § 405(g) sentence six.

20          SO ORDERED.

21   Dated:  January 12, 2015

22                                                    _____

23                                                    HOWARD R. LLOYD
                                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28                                                    2

5:13-cv-03504-HRL Notice has been electronically mailed to:

Lynn M. Harada     Lynn.Harada@ssa.gov, ODAR.OAO.COURT.1@ssa.gov, sf.ogc.ndca@ssa.gov

Steven Michael Goldstein     GoldyCISSP@hotmail.com

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28