# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN M. GOLDSTEIN** | CASE NO.: 13-CV-03504-HRL |
| Plaintiff, | |
| vs. | **ORDER DISMISSING MOTION FOR NEW TRIAL AS MOOT** |
| **NANCY A. BERRYHILL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, AND THE SOCIAL SECURITY ADMINISTRATION** | Re: Dkt. No. 99 |
| Defendants. | |

Following an order by Magistrate Judge Lloyd granting defendants' motion for summary judgment, plaintiff filed a motion for a new trial. (Dkt. No. 99.) As no trial has occurred, the Court hereby **DENIES** plaintiff's motion for a new trial.

In the event that plaintiff wishes to appeal Judge Lloyd's decision, he should file a Notice of Appeal with the District Court. A sample Notice of Appeal can be found attached to this order and online at https://cdn.ca9.uscourts.gov/datastore/uploads/forms/form1.pdf. Pursuant to Federal Rule of Appellate Procedure 3(c), the Notice of Appeal must contain the following information:

1. The party or parties taking the appeal
2. The judgment, order, or part thereof being appealed; and
3. The name of the court to which the appeal is taken (*i.e.*, the "United States Court of Appeals for the Ninth Circuit").

Additionally, the Notice of Appeal must be signed by the appealing party or the party's attorney. *See McKinney v. De Bord*, 507 F.2d 501, 503 (9th Cir. 1974).

**IT IS SO ORDERED.**

Dated: June 8, 2018

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

EXHIBIT 1

**Form 1.    Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the _____

                District of _____

                File Number _____

| | | |
|---|---|---|
| A.B., Plaintiff | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| C.D., Defendant | ) | |

      Notice is hereby given that <u>(here name all parties taking the appeal)</u>, (plaintiffs) (defendants) in the above named case*, hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _____ day of _____, 20___.

              (s)_____
              Attorney for _____
              Address: _____

* See Rule 3(c) for permissible ways of identifying appellants.